■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL GRAY, Appellant. [10 NYS3d 882]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Lewis, J.), imposed August 21, 2012, upon his conviction of robbery in the first degree (nine counts), and criminal possession of stolen property in the fifth degree, upon a jury verdict, the resentence being periods of postrelease supervision in addition to the determinate terms of imprisonment previously imposed on March 29, 2004.

Ordered that the resentence is affirmed.

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, his resentencing to include the statutorily required periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (see People v Lingle, 16 NY3d 621, 630-633 [2011]; People v Harrison, 112 AD3d

967, 968 [2013]; *People v Hernandez*, 110 AD3d 918, 919 [2013]; *People v Rogers*, 105 AD3d 776, 777 [2013]). Skelos, J.P., Dickerson, Hall and Maltese, JJ., concur.